IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00790-PAB

CONCATEN, INC.,

     Plaintiff,

v.

AMERITRAK, INC. and
AMERITRAK FLEET SOLUTIONS, LLC,

     Defendants.
_____

### ORDER SETTING HEARING UNDER FED. R. CIV. P. 16
_____

This matter comes before the Court upon a Complaint filed by the Plaintiff

alleging patent infringement.  It is

**ORDERED** that:

1.      A hearing is set for **July 31, 2014 at 2:30 p.m.** in Courtroom A701 at the

United States Courthouse located at 901 19th Street, Denver, Colorado.  Counsel shall

bring their calendars.  This is not a scheduling conference.  The parties should not

submit a proposed scheduling order.

2.      The parties shall meet and confer about the following issues and be

prepared to address them at the hearing:

- Whether there are issues of claim construction.
- Whether a hearing will be required under *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996).
- If a *Markman* hearing is required, whether discovery is necessary prior to such hearing.  If so, what discovery is required.  (This hearing does not substitute for a scheduling conference before the Magistrate Judge.)

•     Whether there are any other issues or impediments to the setting of a *Markman* hearing.

3.     Out of town counsel are encouraged to appear by telephone given the short duration of these hearings.  An attorney who wishes to appear by telephone for the hearing shall notify Chambers at (303) 335-2794 in advance of the hearing to arrange for telephonic appearance.

DATED June 2, 2014.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge