IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00790-PAB-BNB

CONCATEN, INC.,

Plaintiff,

v.

AMERITRAK FLEET SOLUTIONS, LLC, d/b/a Ameritrak,

Defendant.

___

**MINUTE ORDER**
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    Pursuant to a request from counsel

    IT IS ORDERED that the Scheduling Conference set for September 15, 2014, is **vacated and reset to October 2, 2014, at 2:30 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **September 25, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  August 14, 2014