**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-00790-PAB-BNB

CONCATEN, INC.,

       Plaintiff,

v.

AMERITRAK FLEET SOLUTIONS, LLC d.b.a. AMERITRAK

       Defendant.

**JOINT CLAIM TERMS CHART**

Pursuant to D.C.COLO.LPtR 14 and the Court's October 6, 2014, Scheduling Order, the parties hereby jointly submit the following agreed and disputed claim terms and phrases for the patents-in-suit.

**1.**    **Agreed Terms**

The parties agree to the construction of the following terms used in the patents-in-suit:

| Claim Term | Agreed Construction |
|---|---|
| **"map"** | "a picture or chart representing an area of earth that shows the physical features, cities, rivers, mountains, streets, etc., in that particular area" |
| **"process" or "processing"** | "manipulating data within a computer" |
| **"processor"** | "part of a computer that performs calculations, algorithms or other manipulations of data" |

The parties also agree that the Court can correct the following two (2) typographical errors in the patents-in-suit:

In the -769 patent, claim 1, "not maintenance vehicle" should be corrected to "snow maintenance vehicle."

In the -473 patent, claim 13, "the fuser" should be corrected to "the user."

## 2. Disputed Terms

The parties dispute the construction of the following claim terms and phrases. Pursuant to D.C.COLO.LPtR 14, Concaten's Citations to Intrinsic and Extrinsic Evidence in Support of Its Proposed Constructions is attached hereto as Exhibit "A." Likewise, AmeriTrak's Citations to Intrinsic and Extrinsic Evidence in Support of Its Proposed Constructions is attached hereto as Exhibit "B."

| Disputed Claim Term or Phrase | Concaten's Proposed Construction | Ameritrak's Proposed Construction |
|---|---|---|
| **"buffering"** | "holding data in memory until it can be transmitted or otherwise used." | Plain meaning. To the extent the term needs construction: "using volatile or temporary memory to hold data that is being transferred between two locations to compensate for differences in data rate and data flow" |
| **"connection monitor"** | "a device or program that observes, checks and/or keeps a record of the processes in a particular network connection." | "software associated with a specific communication network and a specific connection manager that determines the state of a connection and is capable of resetting the network card" |
| **"generating"** | "producing or creating something" | Plain meaning. To the extent the term needs construction: "creating" |

| Disputed Claim Term or Phrase | Concaten's Proposed Construction | Ameritrak's Proposed Construction |
|---|---|---|
| "network card" / "wireless card" | "network card" "a device that connects a computer or machine to a network"  "wireless card" "a device that connects a computer or machine to a wireless network"  "network card" and "wireless card" are not interchangeable | "a card inserted into a slot that contains logic and related parameters required for accessing a corresponding network" |
| "physical location" | "the site or position of an object as determined by *e.g.*, a Global Positioning System ("GPS"); latitude, longitude and/or altitude" | "the address of a location, which may be resolved from Global Positioning System ("GPS") data" |
| "provide" or "providing" | "to make something available" | "'prepare and transfer' or 'preparing and transferring' from the source to the destination." |
| "Quality of Service (QoS) parameter" | "information about the quality of a signal received from a network, including, but not limited to, packet loss, jitter, latency, etc." | "information about the quality of a signal received from a cellular network, for example packet loss, jitter, latency, etc." |
| "server" | "a computer that provides data to other computers or users" | Plain meaning. To the extent the term needs construction: "a computer system that is dedicated to providing specific facilities to other devices attached to the network." |
| "signal strength" | "the power of the signal produced by a transmitter at a particular location" | "the power of a signal as measured by a device receiving the signal" |
| "slot" | "a connection in a computer, to which a device can be added to expand or specialize the computer's capabilities" | "a back plane extension providing an insertion location for a connection card, such as a PCMCIA card, which is different from a 'port'" |

3

Dated this 27th day of February, 2015.                Respectfully Submitted,

**Gray, Plant, Mooty,**
**Mooty & Bennett, P.A.**


| s/Loren L. Hansen | s/Carl A. Hjort, III |
|---|---|
| Dean C. Eyler, Esq. | David A. Palladino, Atty. No. 31479 |
| Loren L. Hansen, Esq. | Carl A. Hjort, III Atty. No. 42108 |
| 500 IDS Center | Concaten, Inc. |
| 80 South Eighth Street | 24918 Genesee Trail Road |
| Minneapolis, Minnesota 55402-3796 | Golden, Colorado 80401 |
| Telephone: (612)632-3000 | Telephone: 303.946.0957 |
| Dean.eyler@gpmlaw.com | E-Mail: david@iwapi.com |
| Loren.hansen@gpmlaw.com | carl@iwapi.com |

*Attorneys for Defendant AmeriTrak*            *Attorneys for Plaintiff Concaten, Inc.*
*Fleet Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2015, I electronically served the foregoing **JOINT CLAIM TERMS CHART** was filed with the Clerk of Court using the CM/ECF system, and was also served upon the following counsel via email transmission:

Dean C. Eyler, Esq.
Loren L. Hansen, Esq.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-3796
Telephone: (612)632-3000
Dean.eyler@gpmlaw.com
Loren.hansen@gpmlaw.com

*Attorneys for Defendant AmeriTrak*

                                                s/David A. Palladino
                                                David A. Palladino