**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00790-PAB-NYW

CONCATEN, INC.,

      Plaintiff,

v.

AMERITRAK FLEET SOLUTIONS, LLC,

      Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Concaten, Inc.'s Motion for Leave to Appear by Phone (the "Motion") at the Hearing on its Motion for Limited Discovery scheduled for March 4, 2015 at 9:30 a.m. [#45, filed March 3, 2015]. Pursuant to the Order Referring Case dated June 5, 2014 [#10] and the memorandum dated March 3, 2015 [#46], the matter was referred to this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED. Counsel are instructed to initiate a conference call between themselves before contacting the court at 303.335.2600 at the designated time.

DATED: March 3, 2015