IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 14-cv-00790-PAB-NYW | Date: March 4, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| CONCATEN, INC., | *David Anthony Palladino, Jr.* |
| **Plaintiff,** | |
| v. | |
| AMERITRAK FLEET SOLUTIONS, | *Dean C. Eyler* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

Court in session:  9:31 a.m.

Appearances of counsel.

Argument held on Motion for Limited Discovery [25] filed on November 11, 2014.

For the reasons stated on the record, it is

>  **ORDERED: Motion for Limited Discovery [25] is DENIED.**

Court in recess:  9:46 a.m.     Hearing concluded.     Total time in court:  00:15

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119