IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 13, 2015 |
| Court Reporter: Janet Coppock | Time: 59 minutes |

**CASE NO. 14-cv-00790-PAB-NYW**

| Parties | Counsel |
|---|---|
| **CANCATEN, INC.,** | Carl Hjort |
| | David Palladino |
| Plaintiff, | |
| vs. | |
| **AMERITRAK FLEET SOLUTIONS, LLC,** | Loren Hansen |
| | Dean Eyler |
| Defendant. | |

**CLAIM CONSTRUCTION HEARING**

1:05 p.m.    COURT IN SESSION

APPEARANCES OF COUNSEL.

Discussion regarding how this hearing will proceed.

**Provide or Providing**

Argument by Mr. Hansen.

Argument by Mr. Hjort.

**Signal Strength**

Argument by Mr. Hjort.

Argument by Mr. Hansen.

**Slot**

Argument by Mr. Hansen.

Argument by Mr. Hjort.

Further argument by Mr. Hansen.

Further argument by Mr. Hjort.

**Network Card and Wireless Card**

Argument by Mr. Hjort.

Argument by Mr. Hansen.

Further argument by Mr. Hjort.

Further argument by Mr. Hansen.

**Connection Monitor**

Argument by Mr. Hjort.

Argument by Mr. Hansen.

Further argument by Mr. Hjort.

Further argument by Mr. Hansen.

**Physical Location**

Argument by Mr. Hansen.

Argument by Mr. Hjort.

**Quality of Service**

Argument by Mr. Hjort.

Argument by Mr. Hansen.

**2:04 p.m.     COURT IN RECESS**

**Total in court time:        59 minutes**

**Hearing concluded**