**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00790-PAB-NYW

CONCATEN, INC.,

    Plaintiff,

v.

AMERITRAK FLEET SOLUTIONS, LLC d/b/a Ameritrak,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders [Docket Nos. 70, 75] of United States District Judge Philip A. Brimmer entered on September 23, 2015 and November 10, 2015, respectively, it is

**ORDERED** that defendant AmeriTrak Fleet Solutions, LLC's Motion for Judgment on the Pleadings [Docket No. 32] is **GRANTED**. It is further

**ORDERED** that plaintiff Concaten, Inc.'s first, second, and third claims for relief are dismissed with prejudice on the ground that U.S. Patent Nos. 7,355,509, 7,714,705, 8,120,473, 8,284,037, and 8,497,769 describe ineligible subject matter. It is further

**ORDERED** that plaintiff Concaten, Inc.'s Motion to Dismiss Count IV of the Amended Complaint Pursuant to Fed. R. Civ. P. 41(a)(2) [Docket No. 60] is **GRANTED**. It is further

**ORDERED** that Plaintiff's fourth claim for relief is dismissed without prejudice. It

is further

**ORDERED** that judgment is hereby entered in favor of defendant AMERITRAK FLEET SOLUTIONS, LLC d/b/a Ameritrak, and against plaintiff CONCATEN, INC.  It is further

**ORDERED** that defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 12th day of November, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk